**Order entered August 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01681-CV

**CONEJOS RIVER OUTFITTERS, LLC, LANCE COCHRAN AND WILLIAM MCMURREY, Appellants**

**V.**

**KENT JARNAGIN AND SUSAN JARNAGIN, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07598**

## ORDER

We **DENY** appellees' July 25, 2014 motion to strike evidence offered by appellants in support of their brief. The Court notes, however, that, upon submission, it will consider only those factual assertions supported by the record and those documents that are part of the appellate record. *See Wilhoite v. Sims*, 401 S.W.3d 752, 762 (Tex. App.--Dallas 2013, no pet.).


/s/     ELIZABETH LANG-MIERS
JUSTICE